# United States Court of Appeals
## For the First Circuit

No. 23-1879

LUANITA LANE,

Plaintiff - Appellant,

v.

BRIGHAM & WOMEN'S HOSPITAL; CARMEN ADELUTA VESBIANU, MD,

Defendants - Appellees.

**MANDATE**

Entered: November 7, 2024

In accordance with the judgment of October 16, 2024, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.


By the Court:

Anastasia Dubrovsky, Clerk


cc:
Luanita Lane